USDC SCAN INDEX SHEET

KAT 9/7/00 10:32

3:00-M -02643 USA V. FELIX

*1*

*CRCMP.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

00 SEP -7 AM 8:08

DEPUTY BY:

'00 MG 2643

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. Plaintiff,<br><br>Juan FELIX<br>DOB: 05/10/1970<br><br>Jose Luis FELIX<br>DOB: 11/06/1978<br>Defendants. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about September 6, 2000, within the Southern District of California, defendants Juan FELIX and Jose Luis FELIX did knowingly and intentionally import approximately 15.60 pounds of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Susan Lane, Special Agent
U. S. Customs Service

Sworn to before me and subscribed in my presence, September 7, 2000.

U. S. MAGISTRATE JUDGE
Southern District of California

**UNITED STATES OF AMERICA**
**V**
**Juan FELIX**
**Jose Luis FELIX**

## STATEMENT OF FACTS

On September 6, 2000, at approximately 4:15 p.m., Juan FELIX (driver) and Jose Luis FELIX (passenger) attempted to enter the United States from the Republic of Mexico via the San Ysidro Port of Entry in a 1996 Volkswagen Jetta bearing temporary Arizona license tags registered to/obtained by the passenger, Jose Luis FELIX.

While the vehicle was waiting in line for entry into the US, US Customs was conducting pre-primary inspection operations. A US Customs narcotics detector dog approached the vehicle in the pre-primary area and alerted to the passenger side door. When the US Customs Canine Enforcement Officer opened the door to allow the narcotics detector dog access to the interior of the car, the passenger, Jose Luis FELIX, attempted to block the entry of the dog. The passenger also made an attempt to distract the dog by throwing cookie crumbs on the car floor. After obtaining entry to the car, the narcotics detector dog alerted to the dashboard and responded by scratching the dash.

The Canine Enforcement Officer informed a US Customs Inspector of the dog alert on the car. The Customs Inspector approached the vehicle and received a negative Customs declaration from both Juan FELIX and Jose Luis FELIX. In response to the Inspector's questions, driver Juan FELIX stated that the car belonged to his cousin, Jose Luis FELIX, they were on their way to Victorville, CA, they had been in Mexico for three days and had visited their aunt in Rosarito, Mexico.

A border inspection of the car revealed a specially built compartment in the dashboard that contained six packages wrapped in black tape. One of the packages was probed and a white powdery substance was extracted. This substance field tested positive for cocaine. Total weight of the packages was 15.60 pounds.

Passenger Jose Luis FELIX was informed of his Miranda rights in English using a pre-printed rights form and was asked if he was willing to make a statement to the Customs agents and/or assist the agents by delivering the loaded vehicle to its intended destination. FELIX stated that he understood his rights but did not wish to make a statement nor talk to the agents. He was not interviewed further.

Driver Juan FELIX was informed of his Miranda rights in English using a pre-printed rights form. FELIX stated that he understood his rights and was willing to talk with the agents without an attorney present. According to Juan FELIX, the car belonged to his cousin Jose Luis FELIX, and he was only driving the car because his cousin had asked him to. Juan FELIX stated that they had left Victorville on Tuesday, September 5, 2000, and driven to Mexico to "party" and to visit their aunt in Rosarito, Mexico. They stayed at a hotel in Mexico he believed was named "Hotel San Luis" on Tuesday night and were returning to Victorville Wednesday afternoon when they were stopped at the border. Juan FELIX denied knowledge of the cocaine found in the car.

Passenger Jose Luis FELIX has a prior arrest on March 3, 1999 at the Otay Mesa POE as the driver of a car found to

contain 47.20 pounds of marijuana. In the 1999 case, Jose Luis FELIX admitted knowledge of the marijuana and said that he had picked up the marijuana-laden vehicle at the Hotel San Luis in Tijuana, Mexico.

Both the driver Juan FELIX and the passenger Jose Luis FELIX were arrested and booked into MCC pending their initial appearance September 7, 2000.

# MAGISTRATE INFORMATION SHEET

1. DIS. AUTH: ______ 1A. USAO#: ________ CT.#: ________ AGENCY#: US CUSTOMS
2. HG. DATE: 09/07/00 3. AUSA: ________ 4. MAG.: ________
5. MAT. WIT.: CUST: ARRAIGN M/W RELEASE M/W OTHER
DEF.#: 1 OF 2
6. DEF NAME: Juan FELIX
SOC.SEC.#: 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 ALIAS: ________ DOB: 05-10-1970
ADDRESS: 31115 Avenida el Pueblo, Cathedral City, CA
7.FLIP: NO CHARGES: 21 USC 952, 21 USC 960 8.ARREST DATE: 09-06-00
PENALTIES: ________ PLACE OF ARREST: San Ysidro California, Port of Entry
AGENT(S): Susan E. Lane PHONE#: 744-4706 DATE COMMITTED: 09-06-00
AGENCY: U.S. Customs Service PROGRAM CATEGORY: ________
9. CUSTODY: YES NO 10. CITIZENSHIP: U.S. Mex OTHER: ________
11. INS STATUS: RES BCC ILLEGAL OTHER: ________
PRIOR DEPORTS: ________ PRIOR VR'S: ________
PRIOR RECORD: 1991 arrest Riverside SO for possession of marijuana for sale. Def states charges were dismissed and quantity of marijuana and cocaine seized was personal use. DRUG USAGE: None known HOW EVIDENCED: ________
CASH ON DEF.: $ 5.00 OTHER EVIDENCE: ________
+ May 2000 arrest for domestic violence

AGENT FACT SUMMARY:

On 09/06/2000, Juan FELIX (driver) and Jose Luis FELIX (passenger and R/O), attempted to enter the US from Mexico via the San Ysidro POE in a 1996 Volkswagen Jetta with temporary Arizona plates registered to passenger Jose Luis FELIX. A border search of the vehicle resulted in the discovery of 15.60 lbs of cocaine concealed in a dashboard compartment. Juan FELIX denied knowledge of the cocaine. Passenger Jose Luis FELIX declined to make a statement to the agents.

BAIL INFO (EMPLOYMENT, FAMILY, ETC.): Juan FELIX lives with his mother and stepfather in Cathedral City (Central District). He was arrested with his cousin, Jose Luis FELIX who lives in Adelanto, CA. Juan FELIX works as a carpet installer and has not worked for at least the last two weeks. He has four children who live with their mother in Cathedral City. He is a permanent resident alien.

VEHICLE SEIZED (DESCRIBE): 1996 VW Jetta MAT/WIT ATTY: ________
12. DEF. ATTY: APPTD: RTD TO RETAIN
13. DEF. ATTY. NAME: ________
14. PLEA: GUILTY COUNT: ________ NOT GUILTY NOLO 15. RCD: YES NO
16. SENT: ________ CON'T SENT: ________
16A. S.A.: $ ______ 17. DISM: CT. GOVT. 18. NEXT COURT FOR: ________
19. DATE: ________ 20. TIME: ________ AND FOR: ________ ON: ________ AT: ________
21. BOND SET: ________
CONDITIONS: ________
22. PERS INFO: ________
23. SENTENCING GUIDELINES: ________
24. POTENTIAL FORFEITURES: ________
GOV'T. SENT RECOMMENDATION: ________
DEFENDANT'S SENT RECOMMENDATION: ________
PROBATION DEPT. RECOMMENDATION: ________

385

MAGISTRATE INFORMATION SHEET

1. DIS. AUTH: 1A. USAO#: CT.#: AGENCY#: US CUSTOMS
2. HG. DATE: 09/07/00 3. AUSA: 4. MAG.:
5. MAT. WIT.: CUST: ARRAIGN M/W RELEASE M/W OTHER
DEF.#: 2 OF 2
6. DEF NAME: Jose Luis FELIX
SOC.SEC.#: 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 ALIAS: DOB: 11-06-1978
ADDRESS: 10422 Cimarron Trail, Adelanto, CA 92301
7.FLIP: NO CHARGES: 21 USC 952, 21 USC 960 8.ARREST DATE: 09-06-00
PENALTIES: PLACE OF ARREST: San Ysidro California, Port of Entry
AGENT(S): Susan E. Lane PHONE#: 744-4706 DATE COMMITTED: 09-06-00
AGENCY: U.S. Customs Service PROGRAM CATEGORY:
9. CUSTODY: YES NO 10. CITIZENSHIP: U.S. Mex OTHER:
11. INS STATUS: RES BCC ILLEGAL OTHER:
PRIOR DEPORTS: PRIOR VR'S:
PRIOR RECORD: March 1999 arrest at Otay Mesa as driver of car w/47.2 lbs marijuana. On March 30, 2000, he was sentenced by State court to 47 days custody and three years probation. DRUG USAGE: None known HOW EVIDENCED:
CASH ON DEF.: $ 0.00 OTHER EVIDENCE:

AGENT FACT SUMMARY:

On 09/06/2000, Juan FELIX (driver) and Jose Luis FELIX (passenger and R/O), attempted to enter the US from Mexico via the San Ysidro POE in a 1996 Volkswagen Jetta with temporary Arizona plates registered to passenger Jose Luis FELIX. A border search of the vehicle resulted in the discovery of 15.60 lbs of cocaine concealed in a dashboard compartment. Juan FELIX denied knowledge of the cocaine. Passenger Jose Luis FELIX declined to make a statement to the agents.

BAIL INFO (EMPLOYMENT, FAMILY, ETC.): Jose Luis FELIX lives with his parents in Adelanto, CA (Central District). He was arrested with his cousin, Juan FELIX who lives in Cathedral City. Jose Luis FELIX is unemployed. He is not married and does not have any children.

VEHICLE SEIZED (DESCRIBE): 1996 VW Jetta MAT/WIT ATTY:
12. DEF. ATTY: APPTD: RTD TO RETAIN
13. DEF. ATTY. NAME:
14. PLEA: GUILTY COUNT: NOT GUILTY NOLO 15. RCD: YES NO
16. SENT: CON'T SENT:
16A. S.A.: $ 17. DISM: CT. GOVT. 18. NEXT COURT FOR:
19. DATE: 20. TIME: AND FOR: ON: AT:
21. BOND SET:
CONDITIONS:
22. PERS INFO:
23. SENTENCING GUIDELINES:
24. POTENTIAL FORFEITURES:
GOV'T. SENT RECOMMENDATION:
DEFENDANT'S SENT RECOMMENDATION:
PROBATION DEPT. RECOMMENDATION: